# COURT OF CRIMINAL APPEALS OF TEXAS
## N.O. WR-83,464-01

## IN RE: WILLARD K. WEBB, RELATOR

WRIT FOR MANDAMUS
CAUSE NO. 1278106
In the 179th District Court
of HARRIS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 30 2015

Abel Acosta, Clerk

RELATOR is addressing this Honorable Court in regards to an address change, where the Texas Department of Criminal Justice has recently moved defendant herein to the Alfred D. Hughes Unit, Rte 2 Box 4400, Gatesville, Texas 76597. from the Allred Unit, 2101 FM 369 North, Iowa Park, Texas 76367.

Said relator is also asking for a copy of State's responce from this Court of Criminal Appeals ORDER, Filed September 16, 2015. State's ordered responce is from WR-83,464-01, ON APPLICATION FOR A WRIT OF MANDAMUS, Cause No. 1278106.

RELATOR, the defendant and Applicant party is indigent and has continued to be indigent with no income resources of any kind at trial, during direct appeal, throughout incarceration in TDCJ and as seeking party of this MANDAMUS and it's Habeas Corpus Foundation, which he earnestly persues diligently.

I, Willard K. Webb, the defendant am entitled to a "Free record, TEXAS RULES OF APPELLATE PROCEEDURE, RULE 20.2. Such rule speaks to indigent "appellant" but also RULE 20.1 (m) Later ability to pay states, "if a party who has proceeded in the Appellate Court..." therefore relator is clearly entitled to his record.

page 1 of 2

I, Willard K. Webb, attest and swear that I am currently indigent and the party seeking relief from wronaful and unconstitutional conviction in this said cause. I further attest and swear this is notice that relator has never received nor reviewed his lawfully allowed and due "free record" of Cause No. 1278106 out of the 179th District Court of Harris County, Texas. Relator has diligently sought such free record to perfect his cause of action in the interest of justice. Please correct such address and order any other such relief that is allowed by law, and herein requested.

Willard K. Web
TDCJ-ID No. 1713120
A. D. Hughes Unit
[Current housing : 3 c 32 T]
Route 2, Box 4400
Gatesville, Texas 76597

Date: 09-27-2015
CC: WKW